# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156641 & (4)(5)

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

                                  SC: 156641
                                  ADB:  15-000023-GA

LYLE DICKSON,
      Respondent-Appellant.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to stay is considered, and it is DENIED.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



Clerk

s1031